**Eversheds Sutherland (US) LLP**
1114 Avenue of the Americas, 40th Fl
New York, New York 10036

D: +1 212.389.5082
F: +1 212.389.5099

alexfuchs@
eversheds-sutherland.com

# EVERSHEDS SUTHERLAND

November 12, 2020

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Barlow et al. v. Government Employees Insurance Company, et al.*
**Case No. 1:19-cv-03349-PKC-RML**

Dear Judge Chen:

This firm represents Defendants Government Employees Insurance Company, GEICO General Insurance Company and GEICO Indemnity Company (collectively, "GEICO") in the above-referenced case. The undersigned on behalf of GEICO, and with Plaintiffs' consent, writes to inform the Court that the Parties have reached a settlement in principle with respect to the remaining claims in this litigation, and respectfully request that the Court dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

/s/ Alexander Fuchs
Alexander Fuchs
*Attorney for Defendants*

cc: Counsel of Record (via CM/ECF only)

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.